# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 15 C 741

Verna Johnson
Administrator of the Estate of Rex Johnson,
        Plaintiff,
  v.                                              Honorable Judge Ronald A. Guzman
Sheriff of Cook County
Cook County, Illinois
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Tom Dart, Sheriff of Cook County

| | |
|---|---|
| Name Nicholas E. Cummings | |
| SIGNATURE */s/ Nicholas E. Cummings* | |
| FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS 500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6296164 | TELEPHONE NUMBER (312) 603-6638 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |